UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAYLEEN D. MARLETTE-COLSON,  CIVIL ACTION NO. 04-74163

       Plaintiff,  DISTRICT JUDGE AVERN COHN
                                           MAGISTRATE JUDGE VIRGINIA M. MORGAN

v

COMMISSIONER OF SOCIAL
SECURITY,

       Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND REMANDING CASE FOR FURTHER PROCEEDINGS

The Court has reviewed the file and the Magistrate Judge's Report and Recommendation dated March 17, 2005. No objections have been filed. The Report and Recommendation of the Magistrate Judge is hereby accepted and entered as the findings and conclusions of the Court.

IT HEREBY ORDERED THAT the Report and Recommendation is ACCEPTED.

IT IS FURTHER ORDERED THAT the case is REMANDED for further proceedings.


Dated: May 25, 2005                 s/ Avern Cohn
                                                     AVERN COHN
                                                     UNITED STATES DISTRICT JUDGE